IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GONZALES,

    Petitioner,                  No. CIV S-96-1733 LKK JFM P

    vs.

HAUNANI HENRY,

    Respondent.                <u>ORDER</u>

_____/

        On March 27, 2007, petitioner filed a motion to dismiss this action.  However, this petition for writ of habeas corpus was dismissed on December 4, 1996.  Petitioner's motion will be denied as moot.

        On March 27, 2007, petitioner filed a request for refund of filing fees.  However, the docket sheet in this case does not reflect an assessment or payment of filing fees.  Petitioner's request for refund will be denied.  Petitioner is advised that documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

        Accordingly, IT IS HEREBY ORDERED that petitioner's March 27, 2007 motion (docket no. 5) and request (docket no. 6) are denied.

DATED: April 30, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; gonz1733.158